Form B18 (Official Form 18)
(10/05)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street Los Angeles, CA 90012

# DISCHARGE OF DEBTOR
# IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**  
Ami Nazari  
**SSN:** xxx–xx–1525  
**EIN:** N/A  

1138 San Rafael Ave Apt 3  
Glendale, CA 91202–2490

**BANKRUPTCY NO.** 2:05–bk–40692–BB  
**CHAPTER** 7

　It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: March 28, 2006

**Jon D. Ceretto**  
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 10/05) VAN–30                                                                                                                                  6/ VC

FORM B18 continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-2            User: vcaldwayC              Page 1 of 1                      Date Rcvd: Mar 28, 2006
Case: 05-40692                  Form ID: b18                 Total Served: 35

The following entities were served by first class mail on Mar 30, 2006.
 db          Ami Nazari,   1138 San Rafael Ave Apt 3,   Glendale, CA 91202-2490
 aty        +Tyson Takeuchi,   3699 Wilshire Blvd  Suite 1260,   Los Angeles, CA 90010-2732
 tr         +John J Menchaca,   835 Wilshire Blvd., Suite 300,   Los Angeles, CA 90017-2655
 smg         Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
 smg         Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
 ust        +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
18076760    +AUTO AUCTION GROUP,   2242 N SAN FERNANDO,   LOS ANGELES, CA 90065-1232
18076762    +CALIFORNIA FINANCE/FHLMC,   4790 IRVINE BLVD STE 201,   IRVINE, CA 92620-1972
18076764     CAPITAL ONE BANK,   PO BOX 85064,   GLEN ALLEN, VA 23058
18076767    +CITIBANK MASTERCHARGE,   BOX 6500,   SIOUX FALLS, SD 57117-6500
18076768    +DIRECT MERCHANTS,   BOX 21550,   TULSA, OK 74121-1550
18076769    +DIRECT MERCHANTS BANK,   BOX 29468,   PHOENIX, AZ 85038-9468
18076770    +FIRST NORTH AMERICAN NATIONAL BANK,   BOX 42364,   RICHMOND, VA 23242-2364
18076771    +FNANB VISA,   225 CHASTAIN MEDOWS CT,   KENNESAW, GA 30144-5841
18076772    +GENERAL REVUE CORP,   11501 NORTHLAKE DR,   CINCINNATI, OH 45249-1618
18076773    +GLOBAL PAYMENTS,   BOX 59371,   CHICAGO, IL 60659-0371
18076774    +HOUSEHOLD CREDT,   2200 E BENSON RD,   SIOUX FALLS, SD 57104-7023
18076775    +LANDSAFE,   6400 LEGACY DR PTX-87,   PLANO, TX 75024-3609
18076776    +PATENAUDE & FELIX,   4545 MURPHY CNYN RD 3RD FL,   SAN DIEGO, CA 92123-4363
18076779    +RAPID CREDIT REPORTS,   600 W BROADWAY ST,   GLENDALE, CA 91204-1022
18076780    +ROBINSONS MAY,   4611 E BASELINE RD,   PHOENIX, AZ 85042-7454
18076781    +TELESIS COMMUNITY,   9301 WENNETKA AVE,   CHATSWORTH, CA 91311-6033
18076782     UNITED CREDIT NATIONAL BANK,   220 E DENSON RD,   SIOUX FALLS, SD 57104
18076783    +WELLS FARGO BANK,   18700 NW WALKER RD,   BEAVERTON, OR 97006-2950
18076784    +WELLS FARGO BANK PORTLAND,   BOX 3696,   PORTLAND, CA 97208-3696
18076785    +WFFINACCPT,   15315 MAGNOLIA BLVD,   SHERMAN OAKS, CA 91403-1173

The following entities were served by electronic transmission on Mar 29, 2006 and receipt of the transmission
was confirmed on:
 tr         +EDI: QJJMENCHACA.COM Mar 29 2006 00:13:00     John J Menchaca,   835 Wilshire Blvd., Suite 300,
              Los Angeles, CA 90017-2655
 smg         EDI: CALTAX.COM Mar 29 2006 00:13:00     Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
              Sacramento, CA 95812-2952
18076758    +EDI: AMEREXPR.COM Mar 29 2006 00:13:00     AMERICAN EXPRESS,   BOX 297804,
              FT LAUDERDALE, FL 33329-7804
18076759    +EDI: ARSN.COM Mar 29 2006 00:13:00     ASSOCIATED RECOVERY SYSTEMS,   3110 N CENTRAL AVE STE 170,
              PHOENIX, AZ 85012-2673
18076761    +EDI: BANKAMER.COM Mar 29 2006 00:13:00     BANK OF AMERICA AZ,   1825 E BUCKEYE ROAD,
              PHOENIX, AZ 85034-4216
18076763     EDI: CAPITALONE.COM Mar 29 2006 00:13:00     CAPITAL ONE,   BOX 85015,   RICHMOND, VA 23285-5015
18076765    +EDI: CAPITALONE.COM Mar 29 2006 00:13:00     CAPITAL ONE FSB,   BOX 26625,
              RICHMOND, VA 23261-6625
18076766    +EDI: CHASE.COM Mar 29 2006 00:13:00     CHASE,   100 DUFFY AVENUE,   HICKSVILLE, NY 11801-3699
18076777    +EDI: PROVID.COM Mar 29 2006 00:13:00     PROVIDIAN,   BOX 9016,   PLEASANTON, CA 94566-9016
18076778    +EDI: PROVID.COM Mar 29 2006 00:13:00     PROVIDIAN FINANCIAL,   BOX 99607,
              ARLINGTON, TX 76096-9607
18076780    +EDI: MAYSTORES.COM Mar 29 2006 00:13:00     ROBINSONS MAY,   4611 E BASELINE RD,
              PHOENIX, AZ 85042-7454
18076783    +EDI: WFFC.COM Mar 29 2006 00:13:00     WELLS FARGO BANK,   18700 NW WALKER RD,
              BEAVERTON, OR 97006-2950
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**First Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 30, 2006**          **Signature:** *Joseph Speetjens*